When cash is mailed to us in advance
20 per cent discount

### THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, East Cleveland Sta.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### ABSTRACT SERVICE

Three years ago we began the work of so restating the opinions of courts, by condensing and briefing them, thus enabling the Abstract to give the Bench and Bar of Ohio, an up-to-date opinion publication service. In this we believe we have succeeded admirably. Many judges who have been loath to have their opinions thus reproduced, now furnish them without hesitancy; and in courts where the opinions were not looked upon as authority they are now followed without question. In our efforts we believe we have already done much good to the profession, and there is more to follow.

(Continued from Page 133)

### No. 173

#### LEVECK v. STATE

No. 19600.  Supreme Court

On motion to certify.  Dock. Jan. 27, 1926.

1240.  WAGERS—Is it necessary in a prosecution under Section 13062 of the General Code to prove that the race upon which the wager is alleged to have been recorded actually took place in order to effect conviction?

Bruce J. Leveck was indicted for violating Section 13062 of the General Code in recording wagers on horse races.  At the trial there was no evidence that a race actually took place, except by hearsay evidence in the introduction of newspapers.  Judgment for conviction in the Greene Common Pleas was affirmed by the Court of Appeals.

Leveck, in the Supreme Court, contends that to sustain a conviction under Section 13062 of the General Code the State must not only prove the recording of a wager, but that the wager was "upon the result of a contest of speed" and that the contest actually took place.

Attorneys—Charles L. Darlington, for Leveck; J. C. Marshall, for State; both of Xenia.

---

## THIS WEEK'S DIGEST
## Cases Published in the Abstract

### Published in This Week's Abstract

**147.  BILLS AND NOTES**

Where regular upon its face, transfer having been made in good faith, actual notice or bad faith on part of endorsee must be proven in order to invalidate his title thereto. Electric Sales Co. v New Jersey Trust Co., OA. 4 Abs. 125.

**225.  CHARGE TO JURY**

Where defendant fully admits negligence charged, not prejudicial error to intruct jury that if there was failure to explain why defendant was not negligent, it should find such defendant guilty as charged.  Livingston Co. v Streeter, OS. 4 Abs. 131.

**262.  COMPARATIVE NEGLIGENCE**

1.  Where plaintiff employe is negligent together with other employes, such negligence resulting in his injury, he is not barred from recovery.  Amount of damages dimished in proportion to injured employe's negligence.

2.  Request to charge denying comparison of negligence between plaintiff and defendant properly refused. Hock. Val. Ry. Co. v Kontner, OS. 4 Abs. 130.

**293.  CONTEMPT**

Is a person who holds a lease on a property which has been "pad-locked" under 13195 GC., in contempt of court if he assigns the lease to relieve himself from liability, or must he retain the lease, and allow the property to remain vacant?  Cuthbertson v State, OS. Pend. 4 Abs. 133.

**309.  COPYRIGHTS**

1.  Where there is no substantial or material appropriation of complainant's original labor or work, there is no infringing use made of the copyrighted book.

2.  Existence of similarities and common errors, though generally furnishing prima facie evidence of copying, is not conclusive unless in such amount so as to constitute an appropriation of the original work. Anderson Co. v Baldwin Law Pub. Co., U. S. Dist., 4 Abs. 126.

**313.  CORPORATIONS**

1.  Where a corporation, organized and existing under Delaware laws which expressly exclude from the powers of the corporation the power to discount notes secured by mortgages, can it thereafter recover and foreclose upon those notes and motrgages by virtue of its ultra vires contract of discount?

2.  Where an Ohio corporation having an authorized capital stock of $50,000 borrows over $900,000 and becomes unable to meet its obligations what are the rights of a creditor, not a party to the excessive borrowing, and asserting claims against the property covered by the $900,000 mortgage?  Herberich Realty Co. v Rogers, OS. Pend. 4 Abs. 132.

Officer of foreign corporation doing business in Ohio without compliance with 178 GC., et seq., is not, for that reason, personally liable for such corporation's debt. Amer. Soap Co. v Bogue, OS. 4 Abs. 131.

**385.  DEPOSITIONS**

Court may order filed a deposition of which there has been a failure to file, even though case has been dismissed, as a power incident to its custody and authority over its own records and files. Thayer, Exparte, OS. 4 Abs. 131.

**400.  DISCRETION**

Of trial judges, practically always exercised in favor